UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE TECH, a Business Entity of Unknown Status; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 14-2140 RMW<br><br>[~~PROPOSED~~] ORDER RE FURTHER CASE MANAGEMENT CONFERENCE |

The Court, having held an Initial Case Management Conference on August 8, 2014, hereby ORDERS as follows:

1. By no later than September 12, 2014, Defendant shall provide to Plaintiff a complete accounting of its sales of Plaintiff's products. This accounting shall identify all of Plaintiff's products sold, the quantities of each product sold, and the amount(s) at which each product sold.

2. If Defendant is unable to or will be delayed in providing the sales information to Plaintiff, Defendant shall notify the Court by no later than August 22, 2014.

3. By no later than October 10, 2014, Plaintiff and Defendant shall meet and confer in an attempt to resolve this matter or otherwise prepare a further Case Management Statement for the Court.

1   4.   The Court shall hold a Further Case Management Conference on Friday, October 31, 2014, at 10:30 a.m.  A further Case Management Statement shall be filed by October 24, 2014.

IT IS SO ORDERED.

DATED: August 14, 2014

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge