# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE TECH, a Business Entity of Unknown Status; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 5:14-cv-02140-RMW<br><br>**[] ORDER ENTERING FIRST AMENDED COMPLAINT** |

The Court, having read and considered the Stipulation for Plaintiff to File First Amended Complaint filed by Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff") and Defendant SOFTWARE TECH ("Defendant"), and good cause being found, hereby GRANTS the stipulated request.

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint is deemed filed and entered into the docket. All Defendants, including the newly added Defendants jointly

1 represented by Defendant's counsel, shall have twenty-one (21) days from the date hereof to
2 respond to the First Amended Complaint.

4 DATED: _____

*Ronald M. Whyte* (signature)

Honorable Ronald M. Whyte
United States District Court Judge
Northern District of California