UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE TECH, et al.,<br><br>Defendants. | Case No.  14-cv-02140-RMW   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 18, 2015<br>Mediator:  Michael Sobel |

IT IS HEREBY ORDERED that the request to excuse defendant Pierre Francis from appearing in person at the June 18, 2015, mediation before Michael Sobel is DENIED. Mr. Francis shall appear in person at the mediation.

**IT IS SO ORDERED**.

Dated: JUNE 11, 2015

Maria-Elena James
United States Magistrate Judge