UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>SOFTWARE TECH, *et al.*,<br><br>    Defendants. | Case No.  5:14-cv-02140-RMW<br><br>**ORDER REQUIRING PERSONAL ATTENDANCE AT MEDIATION** |

On June 11, 2015, Magistrate Judge James denied the defendant Pierre Francis's request to excuse his personal appearance at the mediation scheduled for June 18, 2015. (*See* ECF No. 68.[1]) Mr. Francis asked for reconsideration. The court denies the request and orders Mr. Francis to appear in person at the mediation.

**IT IS SO ORDERED.**

Dated: June 17, 2015

                                            LAUREL BEELER
                                            United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF").
ORDER (No. 3:1 -cv-LB)