UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWARE TECH, et al.,<br><br>Defendants. | Case No. 5:14-cv-02140-RMW<br><br>**ORDER REQUESTING RESPONSE**<br><br>Re: Dkt. No. 66 |

On May 22, 2015 the parties appeared for a hearing on defendants' motion for a protective order. Dkt. No. 60 (Motion); Dkt. No. 66 (Minute Entry). The parties met and conferred in an attempt to reach an agreement on the plaintiff's discovery requests, and were directed to submit a joint letter to the court if they were unable to reach an agreement. No letter has been received. The parties are ordered to submit a joint letter by June 26, 2015 explaining whether any issues raised in the motion for a protective order require the court's consideration.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

5:14-cv-02140-RMW
ORDER REQUESTING RESPONSE

1